[3604] [Order Closing Estate]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:   Case No. 3:09-bk-00218-JAF
         Chapter 7

Timothy T. Jones

Katherine P. Jones

_____Debtor(s)_____/

## ORDER CLOSING ESTATE

THIS CASE was reopened pursuant to 11 U.S.C. §350 on a Motion to Reopen Case , by Debtors to file a Certification of Completionof Instructional Course Concerning Personal Financial Management and receive a discharge.. That proceeding now having been closed, it is therefore,

ORDERED: This estate is closed.

Dated August 27, 2010.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
United States Trustee

# CERTIFICATE OF NOTICE

```
District/off: 113A-3           User: morrop              Page 1 of 1                  Date Rcvd: Aug 27, 2010
Case: 09-00218                 Form ID: pdfdoc           Total Noticed: 1

The following entities were noticed by first class mail on Aug 29, 2010.
db/jdb       +Timothy T. Jones,   Katherine P. Jones,   170 Highland Ave.,   Ormond Beach, FL 32174-5616
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 29, 2010**              **Signature:** _Joseph Speetjens_